**No. 47904.**—Petition 6282–R of Smoker's Export Co. (New York).

Opinion by OLIVER, P. J. From an examination of the record in this case and the testimony of the proprietor of the petitioning company the court was satisfied there was no intention to defraud the revenue of the United States or to conceal or misrepresent the facts. The petition was therefore granted.

BEFORE THE SECOND DIVISION, JANUARY 13, 1943

**No. 47905.**—Protest 69700–K of Strachan Shipping Co. (Tampa).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel and on the authority of Abstract 47893 the claim for free entry was sustained.

**No. 47906.**—Protest 871002–G of W. T. Grant Co. (New York).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel merchandise described as "Cocoa Mats," similar to that the subject of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93), was held dutiable at 90 percent ad valorem as claimed.

BEFORE THE FIRST DIVISION, JANUARY 14, 1943

**No. 47907.**—Protests 980944–G, etc., of Butler Bros. (Galveston).

Opinion by OLIVER, P. J. At the trial it was agreed that the harmonicas in question are similar to those involved in Abstracts 40586 and 47121. In accordance therewith the claim at 40 percent under paragraph 1541 was sustained.

**No. 47908.**—Protests 803447–G, etc., of L. Greenberg & Son (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of rubber balloons trimmed with colored feathers fastened to one end of a hollow cane or stick composed in part of bamboo and the same as those the subject of Abstract 40493. The claim at 45 percent as articles in part of bamboo under paragraph 409 was therefore sustained.

**No. 47909.**—Protests 56868–K, etc., of Edward Boote et al. (New York).

Opinion by OLIVER, P. J. It was stipulated that the miniature chinaware in question is the same as that the subject of Abstract 47063. In accordance therewith, the claim at 45 percent under paragraph 212, as modified by the British Trade Agreement (T. D. 49753), was sustained.